

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Cole William Reed,

\* From the 104th District Court
of Taylor County,
Trial Court No. 21109B.

Vs. No. 11-20-00022-CR

\* October 30, 2020

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to delete the fine of $1,462 and affirm the judgment as modified.